[This opinion has been published in *Ohio Official Reports* at 89 Ohio St.3d 279.]

**A & M BUILDERS, INC. ET AL., APPELLEES, *v.* CITY OF HIGHLAND HEIGHTS, APPELLANT.**

**[Cite as *A & M Builders, Inc. v. Highland Hts.*, 2000-Ohio-162.]**

*Municipal corporations—Ordinances–Impact fees—Court of appeals' judgment reversed and cause remanded for application of Home Builders Assn. of Dayton & the Miami Valley v. Beavercreek.*

(No. 00-420—Submitted June 7, 2000—Decided July 12, 2000.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 75676.

─────────────

*Grendell & Simon Co., L.P.A.,* and *Timothy J. Grendell*, for appellees.

*Timothy G. Paluf*, Director of Law, for appellant.

─────────────

{¶ 1} The judgment of the court of appeals is reversed.

{¶ 2} The cause is remanded for application of *Home Builders Assn. of Dayton & the Miami Valley v. Beavercreek* (2000), 89 Ohio St.3d 121, 729 N.E.2d 349.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and PFEIFER, JJ., dissent and would affirm the judgment of the court of appeals.

─────────────